Form 13-1

**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE

One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**

(Name of attorney of record)

on behalf of <u>YARAGHI LLC</u> in the matter of <u>YARAGHI LLC v. UNITED STATES, et. al., Court No. 25-00395.</u>

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>Not Applicable.</u>

2. Indicate whether the party on whose behalf this Form is being filed is [X ] or is not [  ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

<u>Not applicable.</u>

<u>/s/ Erik D. Smithweiss</u>                                         <u>December 5, 2025</u>
GRUNFELD, DESIDERIO, LEBOWITZ                  Date
SILVERMAN & KLESTADT LLP
707 Wilshire Boulevard
Suite 4150
Los Angeles, CA 90017-3720
(213) 452-0863
Esmithweiss@gdlsk.com

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)